## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 16, 2022

David A. Donet Jr.
Donet McMillan & Trontz, PA
3250 MARY ST STE 406
COCONUT GROVE, FL 33131

Appeal Number: 22-10665-G
Case Style: USA v. Leonel Cabeza
District Court Docket No: 1:21-cr-20383-KMM-3

CONCERNING APPELLANT: LEONEL CABEZA

If the appellant named above intends to raise issue(s) regarding the validity of the guilty plea, counsel or parties proceeding pro se must ensure that the record includes a transcript of the guilty plea colloquy. According to the Transcript Order Form ("TOF") on file with us, the appellant named above did not make arrangements for transcription of the guilty plea colloquy.

Pursuant to 11th Cir. R. 42-1(b), the above-named appellant is hereby notified that, upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk unless the above-named appellant either (1) files an amended TOF which certifies that financial arrangements to transcribe the guilty plea colloquy have been made, or (2) certifies that no issue regarding the validity of the guilty plea will be raised by dating, signing and filing this letter with the Clerk's Office.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Appellant _Leonel Garcia Cabeza_ certifies that no issue regarding the validity of the guilty plea will be raised in the briefs in the matter above.

DATE: _3/16/22_     SIGNATURE _[signature]_

(must be signed by counsel of record or party proceeding pro se)

11th Cir. R. 46-10(a) provides that "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

GP-1 Plea Transcripts