```
┌─────────────────────────────┐
│        FILING FEE           │
│ PAID _____  No           │
│ In Forma                    │
│ Pauperis _____  No          │
│   Angela E. Noble, Clerk    │
└─────────────────────────────┘
```

United States District Court for the Southern
District of Florida:

United States of America

v.

Leonel Garcia Cabeza

```
┌──────────────────────────────┐
│ FILED BY _____ D.C.        │
│                              │
│       APR 15 2022            │
│                              │
│   ANGELA E. NOBLE            │
│   CLERK U.S. DIST. CT.       │
│   S. D. OF FLA. - MIAMI      │
└──────────────────────────────┘
```

Case No: 113C 1:21 CR 20383

Comes Now the Defendant, Leonel Garcia Cabeza, Pro-Se
and hereby gives Notice of Appeal from the
Judgement and Sentence Imposed By This Court
on February 16th, 2022.

See: United States v. Davila Reyes, 23 F.4 153 (1st Cir.
January 20, 2022)

Respectfully Submitted This 12th Day of April, 2022.

Leonel Garcia Cabeza
Reg No: 02433506
P.O. Box 019120
Miami, Florida 33101-9120.

LEONEL GARCIA

Reg # 02433506.

P.O. Box 019120

MIAMI, Fl 33101-9120.

MIAMI FL 330

13 APR 2022  PM 6  L

Clerk of Courts

400 North Miami Ave

Miami, Florida 33128.

33128-771699