IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10665-GG

_____

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

versus

LEONEL GARCIA CABEZA,

                                            Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

   The motion for extension of time to and including August 15, 2022, in which to file Appellant's brief is GRANTED, with the appendix due seven (7) days from the filing of the brief.

                                                    /s/ Kevin C. Newsom
                                                  UNITED STATES CIRCUIT JUDGE