CASE NO: 22-10665-G
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

LEONEL GARCIA CABEZA,

Defendant-Appellant.
_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

        **David A. Donet, Jr., Esq.**
        Florida Bar No.: 128910
        Counsel for Defendant-Appellant
        **Donet, McMillan & Trontz, P.A.**
        3250 Mary Street, Suite 406
        Coconut Grove, Florida 33131
        Telephone: (305) 444-0030
        Fax: (305) 444-0039
        Email: donet@dmtlaw.com
        Email: paralegals@dmtlaw.com

CASE NO: 22-10665-G

NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, 11th Cir. R. 26.1-2, and 11th Cir. R. 26.1-3, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

Bull Panuccio, Brittany (Assistant United States Attorney) (Counsel for Plaintiff-Appellee, United States of America).

Cabeza, Leonel Garcia (Defendant-Appellant).

Cohen, Jacob Alain (Counsel for Defendant (2)).

Colan, Jonathan D. (Assistant United States Attorney) (Counsel for Plaintiff-Appellee, United States of America).

Donet, Jr., David A. (Counsel for Defendant-Appellant).

Dunham, Christian Scott (Counsel for Defendant (1)).

Fajardo Orshan, Ariana (Former United States Attorney).

Gonzalez, Juan Antonio (United States Attorney).

Grove, Daren (Assistant United States Attorney).

Kirkpatrick, Lynn (Assistant United States Attorney).

Louis, Hon. Lauren Fleischer. (United States Magistrate Judge).

Marquez, Pablo Antonio Guerrero (Defendant (1)).

Matzkin, Daniel (Assistant United States Attorney) (Counsel for Plaintiff-Appellee, United States of America).

C-1 of 2

CASE NO: 22-10665-G

UNITED STATES OF AMERICA V. LEONEL GARCIA CABEZA

NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Continued.

Moore, Hon. K. Michael (United States District Judge).

Rodriguez, Ener Cortes (Defendant (2)).

Rodriguez-Schack, Yvonne (Assistant United States Attorney).

Rubio, Lisa Tobin (Assistant United States Attorney) (Counsel for Plaintiff-Appellee, United States of America).

Tamen, Frank H. (Assistant United States Attorney).

# # #

CASE NO: 22-10665-G
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

LEONEL GARCIA CABEZA,

Defendant-Appellant.
_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Defendant-Appellant, LEONEL GARCIA CABEZA, by and through his undersigned attorney, respectfully requests this Honorable Court to enter its Order granting an extension of time to and including December 7, 2022, to file Appellant's Reply Brief in this appeal and in support thereof, states as follows:

1. On November 14, 2022, Appellee United States of America filed its Answer Brief; consequently, pursuant to the Rules of this Court Appellee's Reply

Page **1** of **4**

Brief is due to be filed not later than November 28, 2022; however, despite his best efforts, the undersigned has been unable to complete the preparation of said Brief prior to the start of his annual Thanksgiving vacation with his family this week.

2. Undersigned counsel conferred with Plaintiff-Appellee's counsel, who have indicated that the government does not object to the extension requested.

3. Undersigned counsel certifies that this extension of time is requested in good faith and not for the purposes of delay, but so that justice may be done.

4. This is Defendant-Appellant's first request for extension of time to file the Reply Brief.

5. Undersigned counsel's client, Defendant-Appellant, Leonel Garcia Cabeza, is incarcerated.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court extend the time for filing the Reply Brief until December 7, 2022, for the foregoing reasons.

**DATED:** November 21, 2022.

                                                  Respectfully submitted,

                                                  s/David A. Donet, Jr.
                                                  **David A. Donet, Jr., Esq.**
                                                  Florida Bar No.: 128910
                                                  Counsel for Defendant-Appellant,
                                                  Leonel Garcia Cabeza

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmtlaw.com

# CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements and Type Style Requirements

1. This Motion complies with the type-volume limitation of 11th Cir. R. 27-1(a)(10) , Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because:

   [**x**]   This Motion contains 210 words, excluding the parts of the Motion exempted by Fed. R. App. P. 27(a)(2)(B) and Fed. R. App. P. 32(f).

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   [**x**]   This Motion has been prepared in a proportionally spaced typeface using **MS Word 2021** in **Times New Roman 14 point**.

**DATED:** November 21, 2022.

          Respectfully submitted,

          s/David A. Donet, Jr.
          **David A. Donet, Jr., Esq.**
          Florida Bar No.: 128910
          Counsel for Defendant-Appellant

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmtlaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2022, copies of the foregoing Unopposed Motion for Extension of Time to File Reply Brief were furnished via USPS to Defendant-Appellant, Leonel Garcia Cabeza at his designated federal correctional institution and by electronic filing to **Brittany Bull Panuccio**, Assistant United States Attorney, **Jonathan D. Colan**, Assistant United States Attorney, **Daniel Matzkin**, Assistant United States Attorney, and **Lisa Tobin Rubio**, Assistant United States Attorney, all at U.S. Attorney's Office, 99 N.E. 4th Street, Suite 522, Miami, FL 33132.

                                                s/ David A. Donet, Jr.
                                                **David A. Donet, Jr., Esq.**
                                                Florida Bar No.: 128910
                                                Counsel for Defendant-Appellant,
                                                Leonel Garcia Cabeza
                                                **Donet, McMillan & Trontz, P.A.**
                                                3250 Mary Street, Suite 406
                                                Coconut Grove, Florida 33131
                                                Telephone: (305) 444-0030
                                                Fax: (305) 444-0039
                                                Email: donet@dmtlaw.com
                                                Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmtlaw.com