# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10665

_____

UNITED STATES OF AMERICA,

                                                                      Plaintiff-Appellee,

*versus*

LEONEL GARCIA CABEZA,

                                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20383-KMM-3

_____

_____

No. 22-10691

_____

2                                                                                                                    22-10665

UNITED STATES OF AMERICA,

                                                                                    Plaintiff-Appellee,

versus

ENER CORTES RODRIGUEZ,

                                                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20383-KMM-2

_____

_____

No. 22-10703

_____

UNITED STATES OF AMERICA,

                                                                                    Plaintiff-Appellee,

versus

PABLO GUERRERO MARQUEZ,

22-10665               Opinion of the Court                         3

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20383-KMM-1

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 27, 2023

For the Court: DAVID J. SMITH, Clerk of Court